Opinion issued December 20, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00967-CV

____________


GAUMINTZ, INC.; NATIONAL CONVENIENCE STORES, INC., LESSEE;
THE WESTCAP CORP.; NATIONAL CONVENIENCE STORES, INC.;
STOP 'N GO MARKETS OF TEXAS, INC.; METROPOLITAN LIFE
INSURANCE CO.; AYRSHIRE CORP.; SIGMOR CORP.;AND DIAMOND
SHAMROCK REFINING AND MARKETING, Appellants


V.


HARRIS COUNTY APPRAISAL DISTRICT, Appellee






On Appeal from the 55th District Court

Harris County, Texas

Trial Court Cause No. 2003-51995






MEMORANDUM OPINION

 Appellants have filed a motion to dismiss their appeal. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P.
42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Keyes.